UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-091M |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ROBERT HAROLD SMITH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

Count 1:  Felon in Possession of a Firearm as an Armed Career Criminal in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

<u>Date of Detention Hearing</u>:   March 1, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant has a lengthy criminal history background.

(2)   Defendant is associated with twelve alias names.

(3)   Defendant is associated with two dates of birth.

(4)   Defendant has a background history of previous failures to appear and failures to comply with court orders.

(5)   Pretrial Services has not interviewed defendant, but it appears he may have

01  substance-abuse problems.

02  (6) Because there is no Pretrial Services interview, the Court has no information
03  that the defendant has few, if any, ties to this community and to the Western District of
04  Washington.

05  (7) Defendant is considered a flight risk and a danger to the community as a result
06  of the alleged offenses.

07  (8) There appear to be no conditions or combination of conditions other than
08  detention that will reasonably address the risk of flight and danger to other persons or to the
09  safety of the community.

10  IT IS THEREFORE ORDERED:

11  (1) Defendant shall be detained pending trial and committed to the custody of the
12      Attorney General for confinement in a corrections facility separate, to the
13      extent practicable, from persons awaiting or serving sentences or being held in
14      custody pending appeal;

15  (2) Defendant shall be afforded reasonable opportunity for private consultation
16      with counsel;

17  (3) On order of a court of the United States or on request of an attorney for the
18      government, the person in charge of the corrections facility in which
19      defendant is confined shall deliver the defendant to a United States Marshal
20      for the purpose of an appearance in connection with a court proceeding; and

21  (4) The Clerk shall direct copies of this Order to counsel for the United States, to
22      counsel for the defendant, to the United States Marshal, and to the United
23      States Pretrial Services Officer.

24  DATED this 2nd day of March, 2007.

25  */s/ James P. Donohue*

26  JAMES P. DONOHUE
    United States Magistrate Judge